

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00101-CV

IREKA C. HAMILTON, Appellant § On Appeal from the 352nd District Court

§ of Tarrant County (352-304032-18)

V.

§ May 16, 2019

MADISON REVOLVING TRUST 2017, Appellee

§ Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM